05/07/2024 "See News Release 021 for any Concurrences and/or Dissents."

# The Supreme Court of the State of Louisiana

**STATE OF LOUISIANA**

No. 2023-KP-01339

**VS.**

**EARL BRADLEY**

------

IN RE: Earl Bradley - Applicant Defendant; Applying For Supervisory Writ, Parish of Jefferson, 24th Judicial District Court Number(s) 99-5825, Court of Appeal, Fifth Circuit, Number(s) 23-KH-377;

------

**May 07, 2024**

Writ application denied.

JLW

SJC

JTG

WJC

JBM

Hughes, J., would grant to order an evidentiary hearing.
Griffin, J., would grant to order an evidentiary hearing.

Supreme Court of Louisiana
May 07, 2024

Katie Marjanovic
Chief Deputy Clerk of Court
For the Court

**EXHIBIT B**