**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EARL BRADLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:24-cv-02678** |
| **TIM HOOPER** | **SECTION: "P" (5)** |
| | **JUDGE DARREL J. PAPILLION** |
| | **MAGISTRATE JUDGE MICHAEL NORTH** |

---

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Eastern District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Earl Bradley in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Southern District of New York and the Court of Appeals of the State of New York, which is the highest court of such state. Attached hereto is a certificate of good standing from the State of New York.
- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.
- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Eastern District of Louisiana, P. Walker Lasiter of the firm of Manard Law is appointed as local counsel.
- I authorize the Clerk of Court for the Eastern District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Efile_Notice@laed.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_/s/ Justin Bonus_____________
Signature of Applying Attorney

Applying attorney may use typed "s/ signature."

PLEASE TYPE OR PRINT LEGIBLY:

Name: _____Justin Bonus___________
Firm: Justin C. Bonus Attorney at Law
Address: 118-35 Queens Blvd., Suite 400
___Forest Hills, NY 11375____

_/s/ P. Walker Lasiter_________
Signature of Local Counsel

Local counsel may use typed "s/signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: _____Peyton Walker Lasiter___
Firm: ______Manard Law, LLC______
Address: ___4412 Trenton Street______
___Metairie, LA 70006______

Telephone: _(347) 920-0160________
Facsimile: __(917) 475-0682________
E-mail: justin.bonus@gmail.com_____

Telephone:_(504) 585-7777________
Facsimile: (504) 556-2977_________
E-mail: walker@wmanard.com_____

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, December 2, 2024, I caused the foregoing Motion to Appear Pro Hac Vice to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of Louisiana.

/s/ Walker Lasiter_________
P. WALKER LASITER #38102
walker@wmanard.com