**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jefferson Parish District
Attorney's Office
200 Derbigny St.
Gretna, LA 70053

9590 9402 8681 3310 6254 85

2. Article Number *(Transfer from service label)*

7020 3160 0000 9985 5975

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

Ella Isaul

C. Date of Delivery

11-25-2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

NEW ORLEANS LA 700

26 NOV 2024PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8681 3310 6254 85

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C-151
NEW ORLEANS, LA 70130

70130

24-2678 "P" (5)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 02 2024
CAROL L. MICHEL