**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General's Office
Criminal Division
P.O. Box 94005
Baton Rouge, LA 70804-9005

9590 9402 8681 3310 6254 78

2. Article Number (Transfer from service label)

7020 3160 0000 9985 5982

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Lissa Brown

☑ Agent
☐ Addressee

B. Received by (Printed Name)
Lissa Brown

C. Date of Delivery
NOV 25 2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

BATON ROUGE LA 707
25 NOV 2024PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8681 3310 6254 78

United States
Postal Service

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEC 02 2024
FILED
CAROL L. MICHEL
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE, U.S. DIS[illegible]
EASTERN DISTRICT OF LOU[illegible]
500 POYDRAS STREET [illegible]
NEW ORLEANS, LA 701[illegible]

70130

24-2678 "P" (5)

12-121600