**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EARL BRADLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:24-cv-02678** |
| **TIM HOOPER** | **SECTION: "P" (5)** |
| | **JUDGE DARREL J. PAPILLION** |
| | **MAGISTRATE JUDGE MICHAEL NORTH** |

---

**AFFIRMATION OF JUSTIN C. BONUS, ESQ., IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Justin C. Bonus, Esquire, declare under penalty of perjury that the statements herein are true and correct. I understand that false statements made herein are subject to the penalties of LA Rev Stat § 14:123.

1. I am a solo practitioner in the law firm Justin C. Bonus, Attorney at Law in Forest Hills, New York.

2. I was admitted to the New York Bar in 2012, and my state bar number is 5015938.

3. I am a member in good standing of the New York Bar. I presently am not, and have never been, the subject of any disbarment or suspension proceeding before this or any Court.

4. I have never been denied admission *Pro Hae Vice,* and have not ever filed

for pro hac vice admission to the United States District Court for the Eastern District of Louisiana.

5. I shall comply and be bound by the applicable statutes, case law and procedural rules of this Court.

6. I consent to my sponsor, P. Walker Lasiter, Esq. (Bar No. 38102) as an agent of service of process for all actions that may arise out of the practice of law in this case.

Respectfully Submitted,

/s/ Justin C. Bonus_______
JUSTIN C. BONUS, ESQ.