**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EARL BRADLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:24-cv-02678** |
| **TIM HOOPER** | **SECTION: "P" (5)** |
| | **JUDGE DARREL J. PAPILLION** |
| | **MAGISTRATE JUDGE MICHAEL NORTH** |

---

## ORDER

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice (rec. doc. 10) is **GRANTED**, and Justin Bonus be and is hereby admitted to the bar of this Court pro hac vice on behalf of Earl Bradley in the above-described action.

New Orleans, Louisiana this 9th day of December, 2024.

United States Magistrate Judge