UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION “P” (5) |

STATE'S MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through the undersigned Assistant District Attorney, comes the State of Louisiana, which respectfully requests an additional twenty- one days from the original due date of December 20, 2024 in which to file its response in the above referenced case.

The Appellate Division of the Jefferson Parish District Attorney’s Office is understaffed. Due to these personnel changes, the volume of work assigned to the remaining Assistant District Attorneys in the Appellate Division has increased proportionally. Accordingly, the undersigned needs additional time to adequately prepare its response in this matter. Therefore pursuant to Local Civil Rule 7.9 (E) the respondent requests additional time in which to prepare its response. This is the first request for an extension.

WHEREFORE, the State prays that it be granted an additional twenty-one days, or until January 10, 2025, in which to file its response.

RESPECTFULLY SUBMITTED,

/S/ Darren Allemand_____________
DARREN ALLEMAND, #34847
MONIQUE NOLAN, #27431
JEFFERSON PARISH DISTRICT ATTORNEY'S OFFICE
ASSISTANT DISTRICT ATTORNEY
200 DERBIGNY STREET
GRETNA, LOUISIANA 70053
(504) 368-1020

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on all parties by placing same in the United states Mail, postage prepaid, this 19TH day of December, 2024.

/S/ Darren Allemand
DARREN ALLEMAND