UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION "P" (5) |

STATE'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through the undersigned Assistant District Attorney, comes the State of Louisiana, which respectfully requests an additional thirty days from the due date of January 10, 2025, in which to file its response in the above referenced case.

The Appellate Division of the Jefferson Parish District Attorney's Office is understaffed. Due to personnel changes, the volume of work assigned to the remaining Assistant District Attorneys in the Appellate Division has increased proportionally. This case has been assigned to Assistant District Attorney Monique Nolan, who was admitted to the Eastern District of Louisiana Federal Bar on Wednesday, January 8, 2025, and will be filing a motion to enroll in this case accordingly. Given that the record contains over 7800 pages and covers approximately twenty-five (25) years of legal proceedings, undersigned requests additional time to review the record and prepare a response. *See* Local Rule 7.8.

This is the State's second request for an extension. ADA Nolan has spoken with Mr. Justin Bonus, counsel for petitioner, who does not oppose the granting of the State's request for an extension.

WHEREFORE, the State prays that it be granted an additional thirty days, or until February 10, 2025, in which to file its response.

RESPECTFULLY SUBMITTED,

/s/ Darren A. Allemand
DARREN A. ALLEMAND #34847
MONIQUE NOLAN, #27431
JEFFERSON PARISH DISTRICT ATTORNEY'S OFFICE
ASSISTANT DISTRICT ATTORNEY
200 DERBIGNY STREET
GRETNA, LOUISIANA 70053
(504) 368-1020

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on all parties by placing same in the United states Mail, postage prepaid, this 10th day of January, 2025.

/s/ Darren A. Allemand
DARREN A. ALLEMAND