UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION "P" (5) |

ORDER

IT IS HEREBY ORDERED that the State of Louisiana be given an additional thirty days, or until February 10, 2025, to file a response in the above captioned case.

New Orleans, Louisiana, this _____ day of ____________________, 2025.

______________________________
MAGISTRATE JUDGE