UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION “P” (5) |

MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through the undersigned counsel, comes the respondent, and respectfully moves this Honorable Court as follows:

1.

Assistant District Attorney Darren A. Allemand is currently counsel of record for the respondent, Tim Hooper.

2.

In order to assist undersigned counsel with the ongoing preparations for and presentation of the respondent’s case, the undersigned respectfully moves for the enrollment of Assistant District Attorney Monique Nolan as additional counsel of record for the respondent.

WHEREFORE, the respondent respectfully moves that Assistant District Attorney Monique D. Nolan be enrolled as additional counsel of record for the respondent.

Respectfully submitted,

/s/ Darren A. Allemand

DARREN A. ALLEMAND #34847
ASSISTANT DISTRICT ATTORNEY
24TH JUDICIAL DISTRICT
200 DERBIGNY STREET
GRETNA, LOUISIANA 70053
(504) 368-1020

**CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the *Motion to Enroll Additional Counsel* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

P. Walker Lasiter
4412 Trenton Street
Metairie, LA. 70006
*Counsel for Petitioner Earl Bradley*

Justin C. Bonus
*Pro Hac Vice*
118-35 Queens Blvd., Ste. 400
Forest Hills, NY 11375
*Counsel for Petitioner Earl Bradley*

this 13th day of January, 2025.

/s/ Darren A. Allemand
DARREN A. ALLEMAND