UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION "P" (5) |

O R D E R

Considering Respondent's Motion to Enroll Additional Counsel,

IT IS HEREBY ORDERED that respondent's motion be GRANTED and that Monique D. Nolan be enrolled as additional counsel for the respondent.

___________________________________
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This ____ day of __________, 2025.

New Orleans, Louisiana.