UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION "P" (5) |

# O R D E R

Considering Respondent's Motion to Enroll Additional Counsel,

IT IS HEREBY ORDERED that respondent's motion be GRANTED and that Monique D. Nolan be enrolled as additional counsel for the respondent.

New Orleans, Louisiana this 14th day of January, 2025.

UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana