UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION "P" (5) |

STATE'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through the undersigned Assistant District Attorney, comes the State of Louisiana, which respectfully requests an additional thirty days from the due date of February 10, 2025, in which to file its response in the above referenced case.

The Appellate Division of the Jefferson Parish District Attorney's Office is understaffed. Due to personnel changes, the volume of work assigned to the remaining Assistant District Attorneys in the Appellate Division has increased proportionally. Given that the record contains over 7800 pages and covers approximately twenty-five (25) years of legal proceedings, and given that the petition for habeas corpus implicates detailed legal issues requiring close legal and factual analysis, undersigned requests additional time to review the record and prepare a response. *See* Local Rule 7.8.

This is the State's third request for an extension. Undersigned counsel has spoken with Mr. Justin Bonus, counsel for petitioner, who does not oppose the granting of the State's request for an

extension.

WHEREFORE, the State prays that it be granted an additional thirty days, or until March 12, 2025, in which to file its response.

RESPECTFULLY SUBMITTED,

/s/Monique D. Nolan
MONIQUE D. NOLAN, #27431
DARREN A. ALLEMAND #34847
JEFFERSON PARISH DISTRICT ATTORNEY'S OFFICE
ASSISTANT DISTRICT ATTORNEY
200 DERBIGNY STREET
GRETNA, LOUISIANA 70053
(504) 368-1020

CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the *Unopposed Third Motion for Extension of Time* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

P. Walker Lasiter
4412 Trenton St.
Metairie, LA. 70006
*Counsel for Petitioner Earl Bradley*

Justin C. Bonus
Pro Hac Vice
118-35 Queens Blvd., Ste. 400
Forest Hills, NY. 11375
*Counsel for Petitioner Earl Bradley*

this 10th day of February, 2025.

/s/Monique D. Nolan
MONIQUE D. NOLAN