UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION "P" (5) |

O R D E R

IT IS HEREBY ORDERED that the State of Louisiana be given an additional thirty days, or until March 12, 2025, to file a response in the above captioned case.

____________________________________
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This ____ day of __________, 2025.

New Orleans, Louisiana.