UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

EARL BRADLEY — CIVIL ACTION

VERSUS — NO. 24-2678

TIM HOOPER, WARDEN — SECTION "P" (5)

O R D E R

IT IS HEREBY ORDERED that the State of Louisiana be given an additional thirty days, or until March 12, 2025, to file a response in the above captioned case.

New Orleans, Louisiana this 11th day of February, 2025.

UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana