UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION “P” (5) |

MR. BRADLEY’S UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through the undersigned attorney Justin C. Bonus, comes Petitioner, Earl Bradley, who respectfully requests an additional seven days from the due date of March 26, 2025, in which to file his reply to the State’s opposition in the above referenced case.

The State has submitted an 81-page response to Mr. Bradley’s habeas petition and memorandum of law. Based upon counsel for Bradley’s prior engagements, other obligations, and the size of the record and response by the State, the undersigned requests additional time to review the record and prepare a response. *See* Local Rule 7.8.

This is Mr. Bradley’s first request for an extension. Undersigned counsel has spoken with Ms. Monique Nolan, counsel for the State, who does not oppose the granting of the Mr. Bradley’s request for an extension.

WHEREFORE, Mr. Bradley prays that he be granted an additional seven days, or until April 2, 2025, in which to file his reply.

RESPECTFULLY SUBMITTED,

Justin Bonus

**JUSTIN C. BONUS, ESQ.**
**(Pro Hac Vice)**
118-35 Queens Blvd, Suite 400
Forest Hills, NY 11375
(347)920-0160
justin.bonus@gmail.com

MANARD LAW OFFICES
P. Walker Lasiter, Bar Roll # 38102
4412 Trenton Street
Metairie, LA 70006

Attorneys for Petitioner,
Earl Bradley

CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the *Unopposed Motion for Extension of Time* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

MONIQUE D. NOLAN, #27431
DARREN A. ALLEMAND #34847
JEFFERSON PARISH DISTRICT ATTORNEY'S OFFICE
ASSISTANT DISTRICT ATTORNEY
200 DERBIGNY STREET
GRETNA, LOUISIANA 70053
(504) 368-1020

this 25th day of March, 2025.

/s/Justin C. Bonus
JUSTIN C. BONUS