UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL BRADLEY | CIVIL ACTION |
| VERSUS | NO. 24-2678 |
| TIM HOOPER, WARDEN | SECTION "P" (5) |

O R D E R

IT IS HEREBY ORDERED that Petitioner Earl Bradley be given an additional seven days, or until April 2, 2025, to file a response in the above captioned case.

New Orleans, Louisiana this 26th day of March, 2025.

UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana